Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 5, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 5, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00038-CV

____________

 

IN RE PAUL MINIX, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On January 15, 2004, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Relator seeks a writ of mandamus against the
district clerk of Brazoria County.  We
have no jurisdiction to issue a writ of mandamus against a district clerk
unless such is necessary to enforce our jurisdiction.  In re Washington, 7 S.W.3d 181, 182
(Tex. App.CHouston [1st Dist.] 1999, orig.
proceeding).   We deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 5, 2004.

Panel consists of
Justices Edelman, Frost, and Guzman.